IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:01CR271 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| DARCEY BRINSON, | ) | ORDER TO RELEASE |
| | ) | GARNISHMENT |
| Defendant. | ) | |

This matter comes before this Court on the Motion of the Plaintiff, United States of America, for an order releasing the garnishment against Union Pacific Railroads,1400 Douglas Street Omaha, NE 68179.

IT IS HEREBY ORDERED that the garnishment against Union Pacific Railroad, is released.

DATED this 22nd day of October, 2012.

BY THE COURT:

s/ Joseph F. Bataillon
_____
JUDGE, U. S. DISTRICT COURT